**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01521-WJM-KMT

DUANE DAVIS,

    Plaintiff,

v.

ROBERT A. MCDONALD, in his official capacity of SECRETARY DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO VACATE AND RESET SCHEDULING CONFERENCE**

---

The Court, having reviewed the Unopposed Motion to Vacate and Reset Scheduling Conference, and sufficient cause appearing, GRANTS the motion.

It is hereby ORDERED that:

The Scheduling Conference currently set for November 17, 2015 at 9:30 a.m., and all related deadlines are VACATED.

The Scheduling Conference is reset to _December 30, 2015_, at _9:30_ a.m.

DATED this _28th_ day of _October_, 2015.

BY THE COURT:

_/s/ Kathleen M. Tafoya_
KATHLEEN M. TAFOYA
United States Magistrate Judge